**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DAVID LEE PATTERSON, SR.**                                                    **PLAINTIFF**
**ADC # 129780**

**VS.**                                              **4:21-CV-00722-BRW**

**QUIN**                                                                          **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 31st day of August, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE